# AFFIDAVIT OF PROCESS SERVER

United States District Court for the Eastern District of Virginia



**Osama Abu Irshaid**

    Plaintiff(s),

vs.

**United States Citizenship and Immigration Services, et al**

    Defendant(s).

Attorney: Charles D. Swift

Constitutional Law Center for Muslims in America
833 E. Arapaho Road, Suite 102
Richardson TX 75081

\*214722\*

**Case Number: 1:17-cv-00402-LO-IDD**

Legal documents received by Same Day Process Service, Inc. on **04/11/2017** at **6:09 PM** to be served upon **Civil Process Clerk, United States Attorney's Office - Eastern District of Virginia, at 2100 Jamieson Ave., Alexandria, VA, 22314**

I, **Ejikeme Obizoba**, swear and affirm that on **April 12, 2017** at **11:24 AM**, I did the following:

Served **Government Agency** by delivering a conformed copy of this **Summons in a Civil Action; Petition for Review of Denial of Application for Naturalization and Request for De Novo Hearing; Notice to Felicia Taylor as Legal Assistant & Authorized Agent at 2100 Jamieson Ave., Alexandria, VA 22314** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 35/40 Height: 5ft4in-5ft8in Weight: 161-200 lbs Skin Color: African-American Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Ejikeme Obizoba
Process Server

Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005

(202)-398-4200

Internal Job ID:214722

District of Columbia: SS
Subscribed and Sworn to before me this 13 day of April, 2017

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2017

