*Via FedEx*
*Tracking No.: 779305312314*

JUN - 6 2017

June 5, 2017

Sehla Ashai
833 E. Arapaho Road, Suite 102
Richardson, Texas 75081

Office of the Clerk - Civil
United States District Court, Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia 22314

Re: Affidavit of Process Server for Case Number: 1:17-cv-00402-LO-IDD

Dear Sir/Madam:

Please find enclosed six (6) original "Affidavit of Process Server" forms for the case of **Osama Abu Irshaid vs. United States Citizenship and Immigration Services, et al, case number: 1:17-cv-00402-LO-IDD.**

Please let me know if you have any questions. Thank you for your assistance.

Sincerely,

Sehla Ashai
Senior Staff Attorney
sashai@clcma.org

Enclosures