# AFFIDAVIT OF PROCESS SERVER

United States District Court for the Eastern District of Virginia


FILED
JUN -6 2017
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

**Osama Abu Irshaid**

    Plaintiff(s),

vs.

**United States Citizenship and Immigration Services, et al**

    Defendant(s).

Attorney: Charles D. Swift

Constitutional Law Center for Muslims in America
833 E. Arapaho Road, Suite 102
Richardson TX 75081


*214717*

Case Number: 1:17-cv-00402-LO-IDD

Legal documents received by Same Day Process Service, Inc. on **04/11/2017** at **5:59 PM** to be served upon **Attorney General of the United States, U.S. Department of Justice**, at 950 Pennsylvania Ave., NW, Washington, DC, 20530

I, Zachary Siegert, swear and affirm that on **April 12, 2017** at **11:20 AM**, I did the following:

Served **Government Agency** by delivering a conformed copy of this **Summons in a Civil Action; Petition for Review of Denial of Application for Naturalization and Request for De Novo Hearing; Notice** to **David Burroughs** as **Manager & Authorized Agent** at **950 Pennsylvania Ave., NW , Washington, DC 20530** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male Age: 40-45 Height: 5ft4in-5ft8in Weight: 161-200 lbs Skin Color: African-American Hair Color: Black

**Supplemental Data Appropriate to this Service:**


I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
Zachary Siegert
Process Server

Same Day Process Service, Inc.
1413 K St., NW, 7th.Floor
Washington DC 20005

(202)-398-4200

Internal Job ID:214717



District of Columbia:
Subscribed and Sworn to before me this _13_ day of _April_, 2017

_____
Tyler Walker, Notary Public, D.C.
My commission expires February 14, 2021

