# AFFIDAVIT OF PROCESS SERVER

United States District Court for the Eastern District of Virginia



**Osama Abu Irshaid**

        Plaintiff(s),

vs.

**United States Citizenship and Immigration Services, et al**

        Defendant(s).

Attorney: Charles D. Swift

Constitutional Law Center for Muslims in America
833 E. Arapaho Road, Suite 102
Richardson TX 75081

*214720*

**Case Number: 1:17-cv-00402-LO-IDD**

Legal documents received by Same Day Process Service, Inc. on **04/11/2017** at **6:05 PM** to be served upon **Lori Scialabba, Acting Director, U.S. Citizenship and Immigration Services**, at 20 Massachusetts Ave., NW, Washington, DC, 20008

I, **Zachary Siegert**, swear and affirm that on **April 13, 2017** at **12:08 PM**, I did the following:

Served **Government Agency** by delivering a conformed copy of this **Summons in a Civil Action; Petition for Review of Denial of Application for Naturalization and Request for De Novo Hearing; Notice** to **Lakisha Richardson** as **Paralegal & Authorized Agent** at **20 Massachusetts Ave., NW , Washington, DC 20008** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 30-35 Height: 5ft9in-6ft0in Weight: 161-200 lbs Skin Color: African-American Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Zachary Siegert
Process Server

Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005

(202)-398-4200

Internal Job ID:214720

District of Columbia:
Subscribed and Sworn to before me this __13__ day of __April__, 2017

Tyler Walker, Notary Public, D.C.
My commission expires February 14, 2021

