# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the Eastern District of Virginia



**Osama Abu Irshaid**

    Plaintiff(s),

vs.

**United States Citizenship and Immigration Services, et al**

    Defendant(s).

Attorney: Charles D. Swift

Constitutional Law Center for Muslims in America
833 E. Arapaho Road, Suite 102
Richardson TX 75081



*214718*

**Case Number: 1:17-cv-00402-LO-IDD**

Legal documents received by Same Day Process Service, Inc. on **04/11/2017** at **6:02 PM** to be served upon **Sarah Taylor, District Director, USCIS Washington District Office**, at **2675 Prosperity Ave., Fairfax, VA, 22031**

I, **Ejikeme Obizoba**, swear and affirm that on **April 12, 2017** at **4:13 PM**, I did the following:

Served **Government Agency** by delivering a conformed copy of this **Summons in a Civil Action; Petition for Review of Denial of Application for Naturalization and Request for De Novo Hearing; Notice** to **Jennifer Lee** as **Associate General Counsel & Authorized Agent** at **2675 Prosperity Ave., Fairfax, VA 22031** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 30 Height: 5ft4in-5ft8in Weight: 131-160 lbs Skin Color: Asian Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Ejikeme Obizoba
Process Server

Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005

(202)-398-4200

Internal Job ID:214718

District of Columbia: SS
Subscribed and Sworn to before me
this _13_ day of _Apr. 7, 2017_

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2017

