UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| OSAMA ABU IRSHAID, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 1:17cv402 |
| ) | |
| UNITED STATES CITIZENSHIP ) | |
| & IMMIGRATION SERVICES, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**[Proposed] ORDER**

Upon consideration of defendants' consent motion for an enlargement of time, it is hereby

ORDERED that the consent motion is GRANTED; and it is further

ORDERED that on or before June 26, 2017, defendants shall answer or otherwise respond to plaintiff's complaint in the above-captioned action.


Date: _____                          _____
                                                UNITED STATES MAGISTRATE JUDGE

1