UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division



OSAMA ABU IRSHAID, )
 )
    Plaintiff, )
 )
vs. ) Civil Action No. 1:17cv402
 )
UNITED STATES CITIZENSHIP )
& IMMIGRATION SERVICES, *et al.*, )
 )
    Defendants. )
 )

## ORDER

Upon consideration of defendants' consent motion for an enlargement of time, and for good cause shown, it is hereby

ORDERED that the consent motion is GRANTED; and it is further

ORDERED that on or before June 26, 2017, defendants shall answer or otherwise respond to plaintiff's complaint in the above-captioned action.

Date: 13 June 2017

/s/
Ivan D. Davis
United States Magistrate Judge

1