UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| OSAMA ABU IRSHAID, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 1:17cv402 |
| | ) |
| UNITED STATES CITIZENSHIP & | ) |
| IMMIGRATION SERVICES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR SUMMARY JUDGMENT

Pursuant Federal Rule of Civil Procedure 56, defendants, through their undersigned counsel, hereby respectfully move for the entry of summary judgment in their favor with respect to the plaintiff's complaint in the above-captioned action. The grounds for this motion are fully explained in the simultaneously-filed memorandum of law in support of the motion.

Respectfully submitted,

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____/s/_____
DENNIS C. BARGHAAN, JR.
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3891
Fax:         (703) 299-3983
Email:  dennis.barghaan@usdoj.gov

DATE: June 26, 2017          ATTORNEYS FOR DEFENDANTS

# CERTIFICATE OF SERVICE

      I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing ("NEF") to the following:

Ashraf Nubani
AWN Point Law, PLLC
2677 Prosperity Avenue, Suite 320
Fairfax, Virginia 22031
Email: awn@awnpointlaw.com

Date: June 26, 2017                  _____/s/_____
                                                    DENNIS C. BARGHAAN, JR.
                                                    Assistant U.S. Attorney
                                                    2100 Jamieson Avenue
                                                    Alexandria, Virginia 22314
                                                    Telephone: (703) 299-3891
                                                    Fax:       (703) 299-3983
                                                    Email: dennis.barghaan@usdoj.gov

                                                    ATTORNEYS FOR DEFENDANTS