# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| OSAMA ABU IRSHAID, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 1:17cv402 |
| ) | |
| UNITED STATES CITIZENSHIP & ) | |
| IMMIGRATION SERVICES, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that, on July 28, 2017, at 10:00 a.m. or as soon thereafter as counsel may be heard, defendants will bring on for hearing their motion for summary judgment in the above-captioned action.

                                                    Respectfully submitted,

                                                    DANA J. BOENTE
                                                    UNITED STATES ATTORNEY

By:    _____/s/_____
          DENNIS C. BARGHAAN, JR.
          Assistant U.S. Attorney
          2100 Jamieson Avenue
          Alexandria, Virginia 22314
          Telephone: (703) 299-3891
          Fax:      (703) 299-3983
          Email:  dennis.barghaan@usdoj.gov

DATE: June 26, 2017                ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing ("NEF") to the following:

Ashraf Nubani
AWN Point Law, PLLC
2677 Prosperity Avenue, Suite 320
Fairfax, Virginia  22031
Email:  awn@awnpointlaw.com

Date: June 26, 2017              _____/s/_____
                                 DENNIS C. BARGHAAN, JR.
                                 Assistant U.S. Attorney
                                 2100 Jamieson Avenue
                                 Alexandria, Virginia 22314
                                 Telephone: (703) 299-3891
                                 Fax:         (703) 299-3983
                                 Email:  dennis.barghaan@usdoj.gov

                                 ATTORNEYS FOR DEFENDANTS