UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| OSAMA ABU IRSHAID, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 1:17cv402 |
| ) | |
| UNITED STATES CITIZENSHIP & ) | |
| IMMIGRATION SERVICES, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## MOTION FOR LEAVE TO FILE DVD WITH THE CLERK OF COURT

Pursuant to the local practices of this Court, defendants, through their undersigned counsel, hereby respectfully move this Court for leave to file a Digital Versatile Disc ("DVD") with the Clerk of Court. The grounds for this motion are as follows:

1. In this action, plaintiff Osama Abu Irshaid seeks judicial review of United States Citizenship and Immigration Services' ("USCIS") denial of his application to become a naturalized citizen of the United States. On June 26, 2017, concomitantly with this motion, defendants have filed a motion for summary judgment. The DVD that is the subject of this motion is attached as Exhibit K to the memorandum of law that defendants have filed in support of that motion. The DVD contains video footage of an interview that USCIS officials conducted of plaintiff with respect to his naturalization application on June 17, 2015. Defendants have provided a copy of the DVD to plaintiff's counsel by first-class mail, and has delivered a copy of the DVD to this Court's chambers along with the courtesy copy of defendants' motion papers.

2. Pursuant to the local practices of this Court, through this motion, defendants simply seek leave to authorize the Clerk of Court to accept a copy of this DVD for the official

record in this action. Because the DVD is not a paper form of evidence, it is not possible for defendants to file this exhibit via the ECF system.

3.   A proposed order has been submitted with this motion for the convenience of this Court.

Respectfully submitted,

DANA J. BOENTE
UNITED STATES ATTORNEY

By:    _____/s/_____
DENNIS C. BARGHAAN, JR.
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3891
Fax:        (703) 299-3983
Email:  dennis.barghaan@usdoj.gov

DATE: June 26, 2017                ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing ("NEF") to the following:

Ashraf Nubani
AWN Point Law, PLLC
2677 Prosperity Avenue, Suite 320
Fairfax, Virginia 22031
Email: awn@awnpointlaw.com

Date: June 26, 2017

_____/s/_____
DENNIS C. BARGHAAN, JR.
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3891
Fax: (703) 299-3983
Email: dennis.barghaan@usdoj.gov

ATTORNEYS FOR DEFENDANTS