**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| OSAMA ABU IRSHAID, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 1:17cv402 |
| ) | |
| UNITED STATES CITIZENSHIP & ) | |
| IMMIGRATION SERVICES, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**[Proposed] ORDER**

Upon consideration of defendants' Motion for Leave to File DVD with Clerk of Court, it is hereby

ORDERED that defendants' motion is GRANTED; and it is further

ORDERED that the Clerk of Court is directed to accept a copy of the DVD represented as Exhibit K to the memorandum of law in support of defendants' motion for summary judgment in this action.

Date: _____                              _____
                                           UNITED STATES DISTRICT JUDGE