## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division



F I L E D
JUN 2 8 2017
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

OSAMA ABU IRSHAID,                    )
                                      )
     Plaintiff,                    )
                                      )
     vs.                           )    Civil Action No. 1:17cv402
                                      )
UNITED STATES CITIZENSHIP &           )
IMMIGRATION SERVICES, *et al.*,       )
                                      )
     Defendants.                   )
_____      )

### ORDER

Upon consideration of defendants' Motion for Leave to File DVD with Clerk of Court, it

is hereby

ORDERED that defendants' motion is GRANTED; and it is further

ORDERED that the Clerk of Court is directed to accept a copy of the DVD represented

as Exhibit K to the memorandum of law in support of defendants' motion for summary judgment

in this action.

Date: 28 Jun 17

/s/
Ivan D. Davis
United States Magistrate Judge