UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| OSAMA ABU IRSHAID, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 1:17-cv-402 |
| | ) | (LO/IDD) |
| UNITED STATES CITIZENSHIP AND | ) | |
| IMMIGRATION SERVS., ET AL. | ) | |
| | ) | |
| Defendants. | ) | |

### [Proposed] ORDER

Upon consideration of Defendants' unopposed motion for an enlargement of time within which to file a reply in support of their motion for summary judgment and for good cause shown, it is hereby

ORDERED that Defendants' motion for an extension of time is GRANTED; and it is hereby

ORDERED that Defendants file their reply memorandum, on or before July 24, 2017.

DATE: _____