IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number <u>1:17-cv-00402</u>, Case Name <u>ABUIRSHAID v. USCIS et al.</u>
Party Represented by Applicant: <u>Osama Abuirshaid</u>

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) <u>Charles Davidson Swift</u>
Bar Identification Number <u>24091964</u>   State <u>Texas</u>
Firm Name <u>Constitutional Law Center for Muslims in America</u>
Firm Phone # <u>(972) 914-2507</u>   Direct Dial # <u>972-914-2511</u>   FAX # <u>(972)692-7454</u>
E-Mail Address <u>cswift@clcma.org</u>
Office **Mailing** Address <u>833 East Arapaho Road, Suite 102, Richardson, Texas 75081</u>

Name(s) of federal court(s) in which I have been admitted <u>See Attached</u>

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not _X_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____     _____
(Signature)                     (Date)

_____     _____
(Typed or Printed Name)         (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ *or* Exemption Granted _____

The motion for admission is GRANTED _____ *or* DENIED _____

_____     _____
(Judge's Signature)             (Date)

## Admitted to practice before these Federal courts:

1) U.S. Supreme Court – 03/01/06
2) U.S. Court of Appeals – 2nd Circuit – 07/24/15
3) U.S. Court of Appeals – 3rd Circuit – 08/09/16
4) U.S. Court of Appeals – 6th Circuit – 12/20/16
5) U.S. Court of Appeals – 8th Circuit – 07/29/15
6) U.S. Court of Appeals – 9th Circuit – 12/05/08
7) Court of Appeals – Armed Forces – 05/17/11 #35357
8) US District Court – Western District of Washington – 2/16/95
9) US District Court – Eastern District of Texas – 10/31/13
10) US District Court – Eastern District of North Carolina – 02/01/12
11) US District Court – Eastern District of Michigan – 10/14/10
12) US District Court – Northern District of Texas – 06/23/15
13) US DOJ Immigration Court – 10/27/2015 #ZZ957451
14) US District Court – District of Columbia – 12/07/15
15) US District Court – Western District of Texas – 1/3/17

## Admitted to practice before these State courts:

1) North Carolina Supreme Court (August 26, 1994) #21084
2) District of Columbia Court of Appeals (May 1, 2009) #987351
3) State Bar of Washington (October 27, 2009) #41671
4) State Bar of Texas (October 23, 2014) #24091964


Charles Swift is in Good Standing in all of the above courts.