# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| OSAMA ABU IRSHAID, <br><br> *Plaintiff,* <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, <br><br> *Defendants.* | Civil No. 1:17-cv-402 <br> Hon. Liam O'Grady <br> Hon. Ivan D. Davis |

## ORDER

This matter comes before the Court on Defendants' Motion for Summary Judgment. (Dkt. No. 12). Plaintiff Osama Abu Irshaid filed suit in this Court on March 31, 2017 seeking *de novo* review of his eligibility for naturalization to United States citizenship and a hearing on the matter pursuant to 8 U.S.C. § 1421(c). The matter was fully briefed and the Court conducted a hearing on July 28, 2017.

As the Court alluded to during the hearing, discovery is necessary to fully develop the facts of the case before resolution is possible, and therefore the Court **DENIES** Defendants' Motion.

It is **SO ORDERED**.

August 1, 2017
Alexandria, Virginia

Liam O'Grady
United States District Judge